UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

CLINT EDWARDS,

                      Plaintiff,

-against-

JEREMY MANGION, M.D.; NATHANIEL RAWICKI, M.D.; ADAM SHANER, M.D.; ASHLYN MORSE, M.D.; WILLIAM J. WALSH, M.D.; CHRISTOPHER MELTSAKOS, M.D.,

                      Defendants.

---

20-CV-7370 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

Plaintiff, currently incarcerated in Sing Sing Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that he was denied adequate and timely medical care while he was detained in the Westchester County Jail. By order dated September 14, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1]

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summonses and complaint be served within 90 days

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants Jeremy Mangion, M.D.; Nathaniel Rawicki, M.D.; Adam Shaner, M.D.; Ashlyn Morse, M.D.; William J. Walsh, M.D.; and Christopher Meltsakos, M.D., through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Mangion, Rawicki, Shaner, Morse, Walsh, and Meltsakos, issue summonses, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: September 16, 2020
        White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Jeremy Mangion, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595

2. Nathaniel Rawicki, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595

3. Adam Shaner, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595

4. Ashlyn Morse, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595

5. William J. Walsh, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595

6. Christopher Meltsakos, M.D.
   Westchester County Medical Center
   100 Woods Road
   Valhalla, New York 10595