UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

CLINT EDWARDS,

        Plaintiff,

v.

JEREMY MANGION, NATHANIEL
RAWICKI, ADAM SHANER, ASHLYN
MORSE, WILLIAMS JJ WALSH, and
CHRISTOPHER MELTSAKOS,

        Defendants.
--------------------------------------------------------------x

**SECOND AMENDED**
**ORDER OF SERVICE**
20 CV 7370 (VB)

Copies Mailed/Faxed  TJ  6/10/21
Chambers of Vincent L. Briccetti

      On September 9, 2020, plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint, alleging defendants violated his constitutional rights. (Doc. # 2).

      On September 16, 2020, the Court issued an Order of Service, directing the Clerk of Court to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for defendants Jeremy Mangion, M.D.; Nathaniel Rawicki, M.D.; Adam Shaner, M.D.; Ashlyn Morse, M.D.; William J. Walsh, M.D.; and Christopher Meltsakos, M.D., and to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals to effect service upon these defendants. (Doc. #6).

      Summonses were issued and Fed. R. Civ. P. 4 Service Packages were emailed to the U.S. Marshals Service on September 17, 2020.

      On February 17, 2021, Marshal's Process Receipt and Return of Service Unexecuted forms were filed on the docket, indicating defendants Mangion, Rawicki, Shaner, Morse, Walsh, and Meltsakos were unable to be served because "legal department refused to take process

1

because they don't accept it in medical facility. All process should be addressed to the physician's address." (Docs. ##9-14).

On February 19, 2021, the Court issued an Amended Order of Service, directing that defendants be served through the County of Westchester, Law Department. (Doc. #15). An amended summons was issued on February 23, 2021. (Doc. #16).

On March 11, 2021, the Court again received the Marshals' Process Receipt and Return of Service unexecuted for all the defendants because none of the defendants is an employee of the County of Westchester. (Docs. ##17-22).

On May 12, 2021, the Court issued a Valentin Order requiring the Westchester County Medical Center to provide the addresses where defendants Mangion, Rawicki, Shaner, Morse, Walsh, and Meltsakos can be served with process.

On June 8, 2021, the Court received a letter from the Westchester Medical Center Department of Risk Management stating that it will accept service only in this matter for defendants Mangion, Rawicki, Shaner, and Morse at the Westchester Medical Center Department of Risk Management. It did not indicate that it would accept service for defendants Walsh and Meltsakos, but it did provide addresses for those defendants.

Accordingly, to allow plaintiff to effect service on defendants Mangion, Rawicki, Shaner, Morse, Walsh, and Meltsakos through the U.S. Marshals Service, the Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk is further instructed to issue a summons listing these defendants and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants. New service addresses for these defendants is appended to this Order.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated: June 9, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

Dr. Jeremy Mangion
Westchester Medical Center Department of Risk Management
Taylor Care Pavilion
100 Woods Rd
Valhalla, NY 10595

Dr. Nathaniel Rawicki
Westchester Medical Center Department of Risk Management
Taylor Care Pavilion
100 Woods Rd
Valhalla, NY 10595

Dr. Adam Shaner
Westchester Medical Center Department of Risk Management
Taylor Care Pavilion
100 Woods Rd
Valhalla, NY 10595

Dr. Ashlyn Morse
Westchester Medical Center Department of Risk Management
Taylor Care Pavilion
100 Woods Rd
Valhalla, NY 10595

Dr. William J. Walsh
384 Harris Rd
Bedford NY 10507

Dr. Christopher Meltsakos
8575 Quail Tree
San Antonio, TX 78250