Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/21

------------------------------------------------x

CLINT EDWARDS,

        Plaintiff,

v.

JEREMY MANGION, NATHANIEL
RAWICKI, ADAM SHANER, ASHLYN
MORSE, WILLIAM J. WALSH, and
CHRISTOPHER MELTSAKOS,

        Defendants.

------------------------------------------------x

**ORDER**

20 CV 7370 (VB)

On August 30, 2021, plaintiff filed an amended complaint ("AC"). (Doc. #50).

Although plaintiff's time to file an amended complaint as a matter of course expired on August 18, 2021, a pro se litigant "should be afforded every reasonable opportunity to demonstrate he has a valid claim," Satchell v. Dilworth, 745 F.3d 781, 785 (2d Cir. 1984), and should be granted leave to amend "at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated," Chavis v. Chappius, 618 F.3d 162, 170 (2d Cir. 2010).

Accordingly, it is HEREBY ORDERED:

1. The Court grants plaintiff leave to file an amended complaint, and accepts the AC as the operative complaint in this action.

2. The pending motion to dismiss and motion for judgment on the pleadings are DENIED WITHOUT PREJUDICE and the Clerk is instructed to terminate the pending motions. (Docs. ## 33, 34, 47).

3. By **September 21, 2021**, defendants shall answer, move, or otherwise respond to the AC.

1

4. If defendants move to dismiss, plaintiff shall file a single opposition by **October 21, 2021**. Defendants' reply, if any, shall be filed by **November 4, 2021**.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: August 31, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge