UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CLINT EDWARDS,

                Plaintiff,

-against-

JEREMY MANGION, M.D., NATHANIEL
RAWICKI, M.D.; ADAM SHANER, M.D.;
ASHLYN MORSE, M.D.; WILLIAM J.
WALSH, M.D.; and CHRISTOPHER
MELTSAKOS, M.D.,

                Defendants.
----------------------------------------------------------X

20 CIVIL 7370 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, the motions are GRANTED. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. The motions to dismiss are GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      April 25, 2022

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

                            BY:

                                                    **Deputy Clerk**